```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )         4:99CR3014
            Plaintiff,          )
                                )
     vs.                        )         ORDER
                                )
JAMES HERBECK,                  )
                                )
            Defendant.          )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 p.m. on December 5, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: October 17, 2006.

                          BY THE COURT

                          s/ David L. Piester

                          _____
                          David L. Piester
                          United States Magistrate Judge