IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES HERBECK, ) <br> ) <br> Defendant. ) | Case No. 4:99CR3014 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 83, now set for December 5, 2006, at 12:00 p.m. for approximately one to two weeks. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 20th day of December, 2006, at 4:30 p.m. The defendant is ordered to appear at such time.

December 5, 2006.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge