IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:99CR3014 |
| V. | ) | |
| | ) | |
| JAMES HERBECK, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

After consultation with the lawyers and the Probation Office,

IT IS ORDERED that:

(1) If the defendant can be placed at either NOVA or Seekers of Serenity Place to complete an inpatient drug treatment program offered at those places, the Federal Public Defender is authorized to secure such placement.

(2) A telephone status conference with counsel and the Probation Office is scheduled for Tuesday, May 1, 2007, at 1:00 p.m. The undersigned's judicial assistant will coordinate the call.

(3) Disposition is continued until further order of the court.

February 27, 2007.          BY THE COURT:

                            *s/ Richard G. Kopf*
                            United States District Judge