IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 MAR 21 PM 2:34

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>               Plaintiff,                  )<br>                                                    )<br>v.                                                )   Case No. 4:99CR3014<br>                                                    )<br>JAMES HERBECK,                     )<br>                                                    )<br>               Defendant.              )  | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ___87___. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Order under seal.

DATED this 21st day of March, 2007.

BY THE COURT:

_[signature]_

The Honorable Richard G. Kopf
United States District Judge