IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES HERBECK, | ) | |
| | ) | |
| Defendant. | ) | |

With the agreement of government's counsel, defense counsel, and the Probation Officer,

IT IS ORDERED that Defendant Herbeck's dispositional hearing is scheduled on Tuesday, June 26, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

May 1, 2007.                              BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge