IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES HERBECK, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that Defendant Herbeck's revocation hearing is rescheduled to Friday, June 29, 2007, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

June 21, 2007.             BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge