IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES HERBECK, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Herbeck's initial appearance is rescheduled to Thursday, October 25, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    October 12, 2007.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge